# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**ATLANTIC SUBSEA, INC.,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**NORTHERN DIVERS USA, INC., ET AL.,**
*Defendant*

CASE NUMBER: **1:23-CV-00198-KMW-EAP**

TO: *(Name and address of Defendant):*

NORTHERN DIVERS USA, INC.
10404 Fox Bluff Lane
Spring Grove, Illinois 60081

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**
CLERK



**ISSUED ON 2023-01-18 10:23:39**, Clerk
USDC NJD

Case 1:23-cv-00198-KMW-EAP  Document 6  Filed 01/18/23  Page 2 of 2 PageID: 36

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 1-19-2023 |
| NAME OF SERVER (PRINT) William LoNG | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 10404 Fox Bluff lane Spring Grove IL 60081 to Frank Frosolone; or

☐ Left the summons at the individual's residence or usual place of abode with (name): _____ a person of suitable age and discretion who resides there, on (date): _____ and mailed a copy to the individual's last known address; or

☐ Name of person with whom the summons and complaint were left: _____; or

☐ Returned unexecuted: _____; or

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/27/27
Date

Signature of Server

1202 N 75th St #269
Address of Server
Downers Grove IL 60516

"OFFICIAL SEAL"
JERILYN P. ZARUBA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 02/09/24
New 75th & Janes Currency Exchange, Inc.