[ECF No. 103]

Yi Bu, Esq.
Yanling Jiang, Esq.
JIANGIP LLC
33 W Jackson Blvd, Ste 200
Chicago, IL 60604
262-729-3628

Elliot M. Samuels, Esq.
Law Offices of Elliot M. Samuels
Chicago, IL 60606
Telephone: (312) 357-0590
Facsimile: (312)236-6706
esamuelslaw@gmail.com
*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLANTIC SUBSEA, INC, | |
| Plaintiff, | Case No.: 1: 23-cv-00198-KMW-EAP |
| v. | |
| NORTHERN DIVERS USA, INC. and FRANK FROSOLONE, | |
| Defendants. | |

### MOTION FOR YI BU, YANLING JIANG, AND ELLIOT M. SAMUELS TO WITHDRAW AS CO-COUNSEL FOR NORTHERN DIVERS USA, INC.

Pursuant to Local Civil Rule 102.1, Yi Bu and Yanling Jiang of the law firm JiangIP LLC, and Elliot M. Samuels of the law firm of Law Offices of Elliot M. Samuels move this Court for an order granting permission for them to withdraw as counsel of record for Defendant/Counter-Plaintiff Northern Divers USA, Inc. ("Defendant" or "Northern Divers"). Local Civil Rule 102.1 provides that "Unless other counsel is substituted, no attorney may withdraw an appearance except by leave of Court. After a case has been first set for trial, substitution and withdrawal shall not be permitted except by leave of Court."

Northern Divers are currently represented by several attorneys in this matter: (1) Ms. Yi Bu and Ms. Yanling Jiang of Jiang IP LLC, both of whom were admitted *pro hac vice*; (2) Mr. Elliot M. Samuels of the Law Offices of Elliot M. Samuels, admitted *pro hac vice*; and (3) Mr. Stanley D. Ference III of Ference & Associates LLC.

In light of the settlement between the parties, Yi Bu, Yanling Jiang, Elliot M. Samuels, all admitted *pro hac vice*, will no longer act as counsel for Defendant in this action. Defendant will continue to be represented by its remaining attorney, Mr. Stanley D. Ference III, who is a member in good standing with the Bar of the Supreme Court of New Jersey and the Bar of this Court. Defendant will not be prejudiced by the withdrawal of Ms. Bu, Ms. Jiang, and Mr. Samuels. This withdrawal will not affect any existing court deadlines.

Counsel for Atlantic Subsea, Inc. consents to this motion.

**WHEREFORE**, for the foregoing reasons, Ms. Bu, Ms. Jiang, and Mr. Samuels respectfully request this motion be granted.


DATED:  December 17, 2025

Respectfully submitted,

By: _s/ Yi Bu
Yi Bu
Yanling
JiangIP LLC
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: (262)729-3628
Telephone: (630)733-9483
E-mail: ybu@jiangip.com
E-mail: yanling@jiangip.com

Elliot M. Samuels
Law Offices of Elliot M. Samuels
Chicago, IL 60606
Telephone: (312) 357-0590
E-mail: esamuelslaw@gmail.com

By: /s/ Stanley D. Ference III
Stanley D. Ference III
E-mail: courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

*Attorneys for Defendant*
*Northern Divers USA, Inc.*

SO ORDERED: _____  Date: ____12/18/2025_____
ELIZABETH A. PASCAL, U.S.M.J.

2